IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JOSHUA BAKER,<br><br>               Defendant. | 8:19CR404<br><br>ORDER |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [39]. Counsel seeks additional time for the defendant to complete treatment. For good cause shown,

    **IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [39] is granted, as follows:

1. The jury trial, now set for October 6, 2020, is continued to **December 8, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 8, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 24th day of September 2020.

                                                   BY THE COURT:

                                                   s/Susan M. Bazis
                                                 United States Magistrate Judge