IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,                          **8:19CR404**

        vs.

JOSHUA BAKER,                                 **ORDER ON APPEARANCE FOR
                                              SUPERVISED RELEASE VIOLATION**

                    Defendant.

     The defendant appeared before the Court on July 15, 2024 regarding Petition for Offender Under Supervision [65].  Yvonne Sosa represented the defendant.  Mikala Purdy-Steenholdt represented the government on behalf of Kimberly Bunjer.  The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

     The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing.  Fed. R. Crim. P. 32.1(b)(1)(A).  The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release and the defendant should be held to answer for a final dispositional hearing.  Fed. R. Crim. P. 32.1(b)(1)(C).  The defendant shall appear personally for a final dispositional hearing before Senior U.S. District Judge Joseph F. Bataillon in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 2:30 p.m. on August 19, 2024.

     The government did not move for detention.  The defendant shall be released on the current terms and conditions of supervision with the added condition set forth in the Amended Order (Filing No. 82).

     **IT IS SO ORDERED**.

     Dated this 15th day of July, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge